442 A.2d 356

Rizzuto, Appellant v. City of York, et al.
Petition for Allowance of Appeal Denied Sept. 20, 1982.

Argued June 24, 1981. Samuel K. Gates, for appellant; Joseph W. Moyer, for appellee.

Before PRICE, JOHNSON and SHERTZ, JJ.

The order dated April 8, 1980 is affirmed.

SHERTZ, J., concurred in the result.

PRICE, J., did not participate in the consideration or decision of this case.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.

442 A.2d 357

Rogoz, et al., Appellants v. Brennan et al.

Argued May 21, 1981. Lee C. McCandless, for appellants; Gene E. Arnold, for appellees.

Before HESTER, POPOVICH and DiSALLE, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.